■  MICHAEL MARSHALL, Respondent, v RUTH MARSHALL, Appellant. [935 NYS2d 900]

The defendant's appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment on October 1, 2008 (see Matter of Aho, 39 NY2d 241, 248 [1976]). The issues raised on the appeal

from the order are brought up for review and have been considered on the appeal from that judgment (*see* CPLR 5501 [a] [1]; *Marshall v Marshall*, 91 AD3d 610 [2012] [decided herewith]). Angiolillo, J.P., Lott, Austin and Cohen, JJ., concur.